DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEANNIE L. TRYGG, MATTE TRYGG** and **MARY A. FENZA,**
Appellants,

v.

**TARGET CORPORATION,**
Appellee.

No. 4D21-439

[July 1, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Reginald Roy Corlew, Judge; L.T. Case Nos. 50-2020-SC-005005-XXXX-SB, 50-2020-SC-009363-XXXX-SB, 50-2020-SC-008777-XXXX-SB and 50-2020-AP-000073-CAXX-MB.

Robert C. Gindel, Jr. of Robert C. Gindel, Jr., P.A., Boynton Beach, for appellants.

Brian Melendez of Barnes & Thornburg LLP, Minneapolis, Minnesota, and Shawn Y. Libman of Bowman and Brooke LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***